RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Jorge Gil-Maldonado

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE GIL-MALDONADO,<br><br>Defendant. | Case No. 2:18-cr-012-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jorge Gil-Maldonado, that the Sentencing Hearing currently scheduled on July 9, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be on medical leave for approximately 2 weeks commencing July 6, 2018.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 22nd day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JORGE GIL-MALDONADO,

    Defendant.

Case No. 2:18-cr-012-JAD-GWF

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, July 9, 2018 at 10:00 a.m., be vacated and continued to July 30, 2018, at the hour of 10:00 a.m.

    DATED this 26th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE